```
LAWRENCE G. BROWN
Acting United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CV-00111-WBS-DAD |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $4,023.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| APPROXIMATELY $1,280.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| APPROXIMATELY $6,268.00 IN U.S. CURRENCY, | ) ) | |
| | ) | |
| APPROXIMATELY $5,510.00 IN U.S. CURRENCY, and | ) ) | |
| | ) | |
| APPROXIMATELY 169 Boxes of SMOKELESS TOBACCO, | ) ) | |
| | ) | |
| Defendants. | ) | |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper

1 of general circulation or on the official internet government
2 forfeiture site;
3     2.   Local Rule 83-171, Eastern District of California,
4 provides that the Court shall designate by order the appropriate
5 newspaper or other vehicle for publication;
6     3.   The defendants Approximately $4,023.00 in U.S. Currency;
7 Approximately $1,280.00 in U.S. Currency; Approximately $5,510.00
8 in U.S. Currency and Approximately 169 Boxes of Smokeless Tobacco
9 were seized in the city of Las Vegas, in Clark County, Nevada.  The
10 defendant Approximately $6,268.00 in U.S. Currency was seized in
11 the city of Queen Creek, in Maricopa County, Arizona.
12     4.   Plaintiff proposes that publication be made as follows:
13         a.   One publication;
14         b.   Thirty (30) consecutive days;
15         c.   On the official internet government forfeiture
16 site www.forfeiture.gov;
17         d.   The publication is to include the following:
18             (1)   The Court and case number of the action;
19             (2)   The date of the arrest/seizure;
20             (3)   The identity and/or description of the property
21 arrested/seized;
22             (4)   The name and address of the attorney for the
23 Plaintiff;
24             (5)   A statement that claims of persons entitled to
25 possession or claiming an interest pursuant to Supplemental Rule
26 G(5) must be filed with the Court and served on the attorney for
27 the Plaintiff no later than 60 days after the first day of
28 /////

1  publication on the official internet government forfeiture site;
2  and
3              (6)   A statement that answers to the Complaint or a
4  motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
5  R. Civ. P.") must be filed and served within 20 days after
6  the filing of the claims and, in the absence thereof, default may
7  be entered and condemnation ordered.
8  Dated: Jan. 12, 2009            LAWRENCE G. BROWN
                                    Acting United States Attorney
9

10
                                    /s/ Kristin S. Door
11                                  KRISTIN S. DOOR
                                    Assistant United States Attorney
12

13

14                                **ORDER**

15       IT IS SO ORDERED.
16  DATED: January 14, 2009.

17
                        _____
18                      DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE
19

20

21  Ddad1/orders.civil/USvApprox$4,023.0111.ord

3